UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:19-mj-00292-JCN |
| | ) | |
| ADAM GREEN, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER OF TEMPORARY DETENTION

Defendant appeared before the Court on September 17, 2019, for an initial appearance on a complaint filed on September 17, 2019.  The Government filed a motion for detention. (ECF No. 8.)  The Court informed Defendant of his right to a preliminary hearing and to a hearing on the motion for detention.  The Court scheduled a preliminary hearing and a hearing on the motion for detention, if necessary, for September 20, 2019.

Accordingly, it is hereby

ORDERED that Defendant be, and hereby is, temporarily detained without bail pursuant to 18 U.S.C. § 3142(f); and it is further

ORDERED that Defendant shall next appear before this Court on September 20, 2019, at 11:30 p.m. for a preliminary hearing and a hearing on the Government's motion for detention, if necessary, pursuant to statute as well as any other matters ordered by this Court.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 17th day of September, 2019.